# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CHARLES SCHWAGER,<br>*Plaintiff*, | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 23-CV-3866 |
| | : | |
| NORRISTOWN STATE<br>HOSPITAL, *et al.*,<br>*Defendants*. | : <br> : <br> : | |

## ORDER

AND NOW, this 5th day of December, 2023, upon consideration of Brian Charles Schwager's Motions to Proceed *In Forma Pauperis* (ECF Nos. 2 and 14), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. For the reasons stated in the Court's Memorandum, Schwager's Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

3. The Motions to Proceed *In Forma Pauperis* (ECF Nos. 2 and 14) are **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**